AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Digital Verification Systems, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-001688-VEC |
| Lightico, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lightico, Inc.

Date: 04/14/2022

/s/ Julie P. Bookbinder
*Attorney's signature*

Julie P. Bookbinder (NY Bar No. 4375259)
*Printed name and bar number*

One Vanderbilt Avenue

New York, NY 10017
*Address*

bookbinderj@gtlaw.com
*E-mail address*

(212) 801-9200
*Telephone number*

(212) 801-6400
*FAX number*