USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2022

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DIGITAL VERIFICATION SYSTEMS, LLC,

Plaintiff,

v.

LIGHTICO, INC.,

Defendant.

Case No. 1:22-cv-01688-VEC

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF **HERBERT H. FINN**

The motion of **Herbert H. Finn** for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

Applicant's Name: **Herbert H. Finn**
Firm Name: Greenberg Traurig, LLP
Address: 77 West Wacker Drive, Suite 3100, Chicago, IL  60601
Telephone: (312) 456-8427
Facsimile: (312) 456-8500
Email: finnh@gtlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Lightico, Inc. in the above-captioned action;

IT IS HERBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   April 20 , 2022

_____
Honorable Valerie E. Caproni