IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** § § § § | |
| Plaintiff, § | Case No: 1:22-cv-01688-VEC |
| § | |
| vs. § | PATENT CASE |
| § | |
| **LIGHTICO, INC.,** § § | |
| Defendant. § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Lightico, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 16, 2022.                    Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON** (*admitted pro hac vice*)
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on June 16, 2022. Parties may access the foregoing through the Court's system.

                                  */s/Jay Johnson*
                                  **JAY JOHNSON (*admitted pro hac vice*)**